# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Faris, Lynn                                §      Case No. 08 B 16626
                                                    §
Debtor                                              §
                                                    §

---

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/27/2008.

2) The plan was confirmed on 09/04/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/13/2011, 08/13/2009 and 08/19/2010.

5) The case was dismissed on 10/20/2011.

6) Number of months from filing or conversion to last payment: 37.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $41,200.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,622.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$12,622.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,404.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $725.92 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,129.92** |
| Attorney fees paid and disclosed by debtor | $1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Cook County Treasurer | Secured | $2,500.00 | $2,500.00 | $2,500.00 | $463.51 | $0 |
| Cook County Treasurer | Secured | $5,332.15 | $2,832.15 | $2,832.15 | $700.99 | $0 |
| Cook County Treasurer | Secured | $5,332.15 | NA | NA | $0 | $0 |
| Household Financial Corporation | Secured | $500.00 | $3,065.85 | $500.00 | $500.00 | $0 |
| Household Financial Corporation | Secured | $183,500.00 | $203,816.30 | $203,816.30 | $0 | $0 |
| Account Management Services | Unsecured | $568.98 | NA | NA | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $577.60 | NA | NA | $0 | $0 |
| Alliance One | Unsecured | $65.00 | $65.00 | $65.00 | $25.85 | $0 |
| American Medical Collection | Unsecured | $18.00 | NA | NA | $0 | $0 |
| Amo Recoveries | Unsecured | $72.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $238.31 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Unsecured | $1,509.42 | NA | NA | $0 | $0 |
| Cash Transfers Center | Unsecured | $757.60 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | NA | $865.96 | $865.96 | $345.91 | $0 |
| Consultants In Pathology | Unsecured | $4.50 | NA | NA | $0 | $0 |
| Continental Finance | Unsecured | $699.00 | NA | NA | $0 | $0 |
| Cook County Treasurer | Unsecured | NA | $0 | $0 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Collections Services | Unsecured | $89.30 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $27.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Excel Emergency Care | Unsecured | $19.70 | NA | NA | $0 | $0 |
| First Bank Of Delaware | Unsecured | $647.00 | NA | NA | $0 | $0 |
| Household Finance | Unsecured | $11,017.92 | NA | NA | $0 | $0 |
| ICS | Unsecured | $40.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $48.87 | NA | NA | $0 | $0 |
| ICS | Unsecured | $15.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $152.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $335.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $65.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $15.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $330.17 | NA | NA | $0 | $0 |
| ICS | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $145.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $217.15 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $24.76 | NA | NA | $0 | $0 |
| Medical Center Anesthesia | Unsecured | $33.60 | NA | NA | $0 | $0 |
| Medical Recovery Specialists | Unsecured | $110.59 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,353.00 | $1,211.31 | $1,211.31 | $483.82 | $0 |
| Midwest Diagnostic Pathology, SC | Unsecured | $22.00 | NA | NA | $0 | $0 |
| Midwest Orthopaedics | Unsecured | $15.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $396.50 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $139.37 | NA | NA | $0 | $0 |
| Neopath SC | Unsecured | $17.90 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $600.00 | $1,237.99 | $1,237.99 | $494.44 | $0 |
| Oak Lawn Radiologists SC | Unsecured | $36.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $550.00 | $550.00 | $550.00 | $219.59 | $0 |
| Pellettieri & Associates | Unsecured | $179.84 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $456.67 | $456.67 | $456.67 | $182.32 | $0 |
| Quest Diagnostics Inc | Unsecured | $18.00 | NA | NA | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $2.20 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $56.00 | NA | NA | $0 | $0 |
| Rio Resources | Unsecured | $385.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sallie Mae | Unsecured | $3,500.00 | $3,500.00 | $3,500.00 | $1,397.94 | $0 |
| Sallie Mae | Unsecured | $4,133.83 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | NA | $4,133.83 | $4,133.83 | $1,651.08 | $0 |
| Sir Finance Corporation | Unsecured | $1,245.00 | $1,245.00 | $1,245.00 | $497.27 | $0 |
| Steven Brasel | Unsecured | $2,000.00 | $500.00 | $500.00 | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Target National Bank | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Ticor Title | Unsecured | NA | $6,142.43 | $6,142.43 | $2,453.04 | $0 |
| Ticor Title | Unsecured | $6,142.43 | NA | NA | $0 | $0 |
| Transworld System | Unsecured | $191.10 | NA | NA | $0 | $0 |
| Van Ru Credit Corporation | Unsecured | $236.00 | NA | NA | $0 | $0 |
| Village Of Palatine | Unsecured | $77.65 | NA | NA | $0 | $0 |
| Womens DOC | Unsecured | $191.10 | $191.10 | $191.10 | $76.32 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $203,816.30 | $0 | $0 |
| Mortgage Arrearage | $500.00 | $500.00 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $5,332.15 | $1,164.50 | $0 |
| **TOTAL SECURED:** | $209,648.45 | $1,664.50 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $20,099.29 | $7,827.58 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
| --- | --- |
| Expenses of Administration | $3,129.92 |
| Disbursements to Creditors | $9,492.08 |
| **TOTAL DISBURSEMENTS:** | $12,622.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 6, 2011          By: /s/ MARILYN O. MARSHALL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.